UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THE DIXON COLLECTIVE LLC,

Plaintiff,

v.

LEGENDS FANFEST LLC ET AL,

Defendants.

Case No. 2:24-cv-10863-JLS-PVC

**JUDGMENT AS TO DEFENDANT BIG VISION RENTALS, LLC.**

Pursuant to the Court's Order granting summary judgment in favor of Plaintiff The Dixon Collective LLC and against Defendant Big Vision Rentals, LLC (Doc. 144), and the Court's Order granting Plaintiff's motion for entry of partial judgment (Doc. 189), judgment is hereby entered in favor of The Dixon Collective LLC and against Big Vision Rentals, LLC. It is ORDERED, ADJUDGED, AND DECREED as follows:

1. Big Vision Rentals LLC shall pay The Dixon Collective LLC the principal amount of $144,300.00;
2. Big Vision Rentals LLC shall pay The Dixon Collective LLC pre-judgment interest at 10% per annum on $120,000 from December 29, 2022, on $18,000 from January 9, 2023, and on $6,300 from January 14, 2023, through the date of entry of judgment; and

3. Post-judgment interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. The interest rate is the rate prior to the week of judgment, as published by the Federal Reserve. *See* 28 U.S.C. § 1961(a).

DATED: August 14, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE